# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTELLA AUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRI STATE CONSTRUCTION, INC., et al., <br><br> Defendants. | CASE NO. 1:10-cv-00258-LJO-JLT <br><br> ORDER AMENDING COMPLAINT |

Pursuant to the Parties' stipulation, and for good cause appearing, IT IS HEREBY ORDERED that the Complaint is amended as follows:

1. The name of Defendant United States of America, erroneously named as the "Internal Revenue Service," is corrected so that the "United States of America" is added and the "Internal Revenue Service" is deleted;

2. Doe Defendant # 1 is amended to reflect the true identity of this defendant as Tri State Concrete Construction, Inc.

3. No new answer by Defendant Tri State Concrete Construction, Inc. is required.

IT IS SO ORDERED.

Dated:  **May 4, 2010**                                         /s/ Jennifer L. Thurston
                                                                                         UNITED STATES MAGISTRATE JUDGE