UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTELLA AUCTION COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>TRI STATE CONSTRUCTION, INC.; MORTON ENGINEERING AND CONSTRUCTIONS, INC.; ROBERT L. MORTON; INTERNAL REVENUE SERVICE; EMPLOYMENT DEVELOPMENTS OF THE STATE OF CALIFORNIA; TRI STATE CONCRETE CONSTRUCTION, INC. and Does 2-10, inclusive;<br><br>Defendants. | Case No.  10-cv-00258-LJO-JLT<br><br>ORDER ON STIPULATION TO ADVANCE THE SETTLEMENT CONFERENCE |

Based upon the stipulation of the parties, and for good cause shown, the settlement conference is **ADVANCED** to December 1, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 3, 2010**                                                    /s/ Jennifer L. Thurston
                                                                                                UNITED STATES MAGISTRATE JUDGE

-1-