IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTELLA AUCTION COMPANY, INC., | CASE NO. CV F 10-0258 LJO JLT |
| Plaintiff, | **ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING** |
| vs. | |
| TRI STATE CONSTRUCTION, INC., et al, | |
| Defendants. / | |

The remaining parties stipulate to extend the summary judgment motion filing from January 5, 2011 to January 31, 2011. On the basis of good cause, this Court ORDER the parties:

1. No later than January 31, 2011, to file opening summary judgment papers;
2. No later than February 14, 2001, to file summary judgment opposition papers; and
3. To file no reply papers unless this Court orders otherwise.

Pursuant to its practice, this Court will consider summary judgment on the record without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   December 23, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1