UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTELLA AUCTION COMPANY, INC. | Case No. 10-cv-00258-LJO-JLT |
| Plaintiff, | |
| vs. | ORDER |
| TRI STATE CONSTRUCTION, INC.; MORTON ENGINEERING AND CONSTRUCTION, INC.; ROBERT L. MORTON; INTERNAL REVENUE SERVICE; EMPLOYMENT DEVELOPMENT DEPARTMENT OF THE STATE OF CALIFORNIA; TRI STATE COCRETE CONSTRUCTION, INC.; and DOES 2-10, inclusive, | |
| Defendants. | |

Upon consideration of the Stipulation Regarding Dismissal of Martella Auction Company, Inc., and upon the deposit of the sum of $114,249.09 with the Clerk of this Court, the receipt of which is hereby acknowledged, and for good cause shown, IT IS HEREBY ORDERED:

1. Martella Auction Company, Inc. is hereby dismissed with prejudice from this action without further cost to any party.
2. Martella Auction Company, Inc. shall bear its own fees and costs in this action.

Dated: January 28, 2011          /s/ Lawrence J. O'Neill_____
                                 HON. LAWRENCE J. O'NEIL
                                 UNITED STATES DISTRICT COURT JUDGE