IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTELLA AUCTION COMPANY, INC.<br><br>           Plaintiff,<br><br>     vs.<br><br>TRI STATE CONSTRUCTION, INC., et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 10-0258 LJO JLT<br><br>**ORDER VACATING DISMISSAL OF PLAINTIFF MARTELLA AUCTION** |

By stipulated order on January 28, 2011, this Court dismissed plaintiff Martella Auction based upon the condition of depositing the interplead funds with the Court.

The condition of interpleading the funds into the Court, as represented, has not been satisfied. Accordingly, pursuant to Rule 60, the Court SETS ASIDE and VACATES the dismissal of Martella Auction and REINSTATES Martella Auction as a party to this action.

IT IS SO ORDERED.

**Dated:   February 2, 2011**                  /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE

1